UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| ERIC C. DETERS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 11-02-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| BRUCE K. DAVIS, et al., | ) | **NOTICE OF NONCOMPLIANCE** |
| | ) | **AND** |
| Defendants. | ) | **ORDER TO SHOW CAUSE** |

*** *** *** ***

On July 13, 2011, the Court entered an Order in this matter imposing monetary sanctions on Plaintiff Eric C. Deters for his violation of Rule 11 of the Federal Rules of Civil Procedure. [Record No. 28] That penalty was suspended contingent upon Deters's compliance with certain requirements set out in the Order. [*Id.*, p. 2] Paragraph 6 of the Order required Deters to complete twenty hours of continuing legal education (CLE) courses in the areas of civil procedure, ethics, and Rule 11 compliance and submit to the Court an affidavit describing the courses he had taken. [*Id.*, p. 3] The CLE courses were to be completed, and the affidavit submitted, by June 30, 2012. [*Id.*]

That deadline has now come and gone, and the Court has received no affidavit. Accordingly, Plaintiff Eric C. Deters is hereby placed on **NOTICE** of his failure to comply with the Court's Order of July 13, 2011. [Record No. 28] Further, it is **ORDERED** that Deters shall have ten (10) days from the date of entry of this Order within which to satisfy the requirements

-1-

set forth in paragraph 6 of the July 13, 2011 Order or **SHOW CAUSE** why the previously suspended monetary penalty of $23,299.72 should not be imposed immediately as provided in paragraph 1 of that Order. Because Deters is not currently permitted to practice before this Court, his submission may be submitted by his counsel.

This 11th day of July, 2012.



Signed By:

_**Danny C. Reeves**_ DCR

**United States District Judge**