UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| ERIC C. DETERS | : CASE NO: 3:11-cv-00002-DCR |
| Plaintiff | : |
| v. | : Judge: Danny C. Reeves |
| BRUCE K. DAVIS, et al. | : |
| Defendants. | : |

## AFFIDAVIT

Comes now, Eric C. Deters, after being duly sworn and cautioned states as follows:

1. I have completed the twenty hours of continuing legal education (CLE) courses in the areas requested. (Transcript and Certificates attached.)

2. I apologize to the Court for not filing the Affidavit on or before June 30. I assume I can sign an affidavit since doing so is not practicing law. I thought when the Kentucky Supreme Court reinstated me June 15 I was automatically reinstated in Federal Court too. We checked to make sure and found I was not. There has been so much going on between my Kentucky, Ohio and now Florida bar matters (all from the Kentucky suspension), plus the CLE credits for all and the volume of work waiting for me from my suspension I had forgotten about this 20 hours and the affidavit. I thought I had taken enough CLE credit hours. After receiving the Court's Order, I realized I was 5.5 hours short. Therefore, I immediately fulfilled the rest of the hours and submit this affidavit. When the order of July 13, 2011 was signed, I believe because June 30, 2012 was so far off and I did not have my 2012 calendar yet, it didn't get calendared. I have always used manual calendaring. Software is being purchased to do both electronic calendaring and manual calendaring.

I represent to the Court that not only have I taken this 20, I had to take, have taken and I am taking 8 more hours in the same areas for my Ohio reciprocal discipline. Ohio would not accept the Kentucky credits. Therefore I will have taken 28 CLE credits by the end of next week focused in ethics and professional misconduct. I thank the Court for the opportunity to cure the issue and ask the Court to accept the reasons for my late compliance. I have been reinstated in Kentucky and I have a Motion before the Chief Justice of this District requesting reinstatement. I'm eligible for reinstatement in Ohio July 25.

    Further affiant saith naught.

_____
Eric C. Deters

**STATE OF KENTUCKY** )
                              ) ss:
**COUNTY OF KENTON** )

    Subscribed and sworn to, before me, a Notary Public, in and for said County and State, on this ___13th___ day of July, 2012.

_____
NOTARY PUBLIC STATE AT LARGE
My Commission Exp.: 12-5-2015

Q:\ECD v. KBA\Affidavit 7-12-12.wpd